# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————————

In the Interest of E.C., A.N.C., and A.C., children.

E.C.,

Petitioner,

v.

DEPARTMENT OF CHILDREN AND FAMILIES,

Respondent.

No. 2D2024-1146

———————————————————

August 14, 2024

Petition for Writ of Certiorari to the Circuit Court for Pinellas County;
Patrice W. Moore, Judge.

Ita M. Neymotin, Regional Counsel, Second District, and Ngozi C.
Acholonu, Assistant Regional Counsel, Office of Criminal Conflict and
Civil Regional Counsel, Clearwater, for Petitioner.

Bruce Bartlett, State Attorney, and Leslie M. Layne, Assistant State
Attorney, Clearwater, for Respondent.

PER CURIAM.

Denied.

NORTHCUTT, ROTHSTEIN-YOUAKIM, and SMITH, JJ., Concur.

———————————————————

Opinion subject to revision prior to official publication.